UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN LEE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1665 (RWR) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
|       Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant respectfully moves this Court for an enlargement of time of two weeks, through and including October 5, 2005, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response is currently due on September 21, 2005.

2. Due to the incomplete service of the complaint, all of the appropriate parties did not receive the complaint, hence defendant needs additional time to prepare an appropriate answer, motion or other response.

3. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including October 5, 2005.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff. Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant his Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully submitted,

*/s/*
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

*/s/*
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

*/s/*
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332