IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN LEE**, Reg. No. 72420-004
Allenwood LSCI
P.O. Box 1000
White Deer, Pennsylvania 17887,

      Plaintiff,

      v.                Civil Action No. 1:05cv1665(RWR)

**U.S. DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue, NW
Washington, DC  20530,

      Defendant.

## AFFIDAVIT OF SERVICE

      This is to certify that on August 22, 2005, I placed in the mailstream by certified mail copies of the complaint and summons in the above-captioned action to:

      United States Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, D.C.  20530

      Attorney General
      United States Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, D.C.  20530

and that I personally served these items on the same date on:

      United States Attorney for the
         District of Columbia
      Civil Division (through Brenda Jones)
      Fourth Street, NW
      Washington, D.C.  20530

Respectfully submitted,


Sylvia Royce
DC Bar 924035
5505 Connecticut Avenue, NW #340
Washington, DC   20015
Tel: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com
Attorney for Plaintiff