| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]*  ☐ Agent  ☐ Addressee | |
| | B. Received by ( *Printed Name* ) | C. Date of Delivery<br>AUG |
| 1. Article Addressed to:<br><br>Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington DC<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>     If YES, enter delivery address below:   ☐ No | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number<br>*(Transfer from service label)* | 7005 0390 0004 1491 0845 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |