RECEIVED IN OFFICIAL CAPACITY ONLY
Summons & Complaint C.A. No. 05-1665
and/or Document(s) Lee
v. Justice
BY: Brenda Jones
Title: Civil Lit Asst.
Date: 8/22/05