UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN LEE, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>   Defendant. )<br>_____) | Civ. Act. No.05-1665 (RWR) |

**NOTICE OF JOINTLY PROPOSED BRIEFING SCHEDULE**

The parties propose the following briefing schedule to the Court:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | November 21, 2005 |
| Plaintiff's Opposition to Motion for Summary Judgment | December 21, 2005 |
| Defendant's Reply to Opposition | January 5, 2006 |

_____
UNITED STATES DISTRICT JUDGE