UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN LEE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 05-1665 (RWR) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon consideration of Defendant's motion for a protective order, and for good cause shown, it is on this _____ day of _____, 200__,

ORDERED: that Defendant's motion for a protective order is hereby GRANTED. It is

FURTHER ORDERED: that Defendant need not respond to plaintiff's interrogatories propounded on October 11, 2005.

_____
UNITED STATES DISTRICT JUDGE