UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 05-1665 (RWR) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Defendant United States Department of Justice submits this statement of material facts as to which there is no genuine dispute in accordance with Local Rule 7(h).

1.  By letter dated November 2, 2005, the Criminal Division FOIA/PA Unit released nine documents consisting of twenty six pages total to plaintiff's counsel. No pages were withheld in full. Minimal information was withheld pursuant to Exemptions 6 and 7(C) of the FOIA, 5 U.S.C. § 552(b)(6) & 7(C). *See* Declaration of Thomas J. McIntyre ¶ 8. None of the information that is withheld pertains to the plaintiff or relates to him in any way. Id. at ¶ 9.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

_____
R. CRAIG LAWRENCE
D.C. Bar No. 171538
Assistant U.S. Attorney

_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant U.S. Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
(202) 307-2332