Attachment A

De : sylvia royce <sylvia_royce@hotmail.com>
Envoyé : vendredi 7 octobre 2005 11:26:24
À : charlotte.a.abel@usdoj.gov
Objet : Lee v. DOJ, No. 05cv1665

Lee v. DOJ | Boîte de réception

Hello Ms. Abel --

I'm thinking back to your remark that we do not need to schedule a Rule 26 conference on this case. Do you view this case as exclusively an action for review on an administrative record? If that is your thinking, I'm not so sure I agree.

In any event, I'd be happy to schedule a conference if you would like one.

Sincerely,

Sylvia Royce
(202) 362-3445 (tel)
(202) 686-4271 (fax)
5505 Connecticut Avenue, NW #340
Washington, DC 20015
USA