Attachment B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**JOHN LEE**, Reg. No. 72420-004
Allenwood LSCI, P.O. Box 1000
White Deer, PA   17887,

       Plaintiff,

       v.                                                      Civil Action No. 05-1665(RWR)

**U.S. DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue, NW
Washington, DC   20530,

       Defendant.

## INTERROGATORIES TO DEFENDANT

    Pursuant to Fed.R.Civ.P. 26, Plaintiff requests responses to the following interrogatories. For purposes of these interrogatories:

    (A)  the term "applications for transfer" refers only to applications from inmates in the custody of the Federal Bureau of Prisons who have been convicted of federal offenses, and

    (B)  the term "without regard to unpaid court-ordered assessments or fines" means that unpaid court-ordered assessments or fines were either disregarded or not investigated at the time of decision on the application.

    1.  From October 1, 2000, through September 30, 2005, how many applications for transfer to Canada were decided by Defendant?

    2.  From October 1, 2000, through September 30, 2005, how many applications for transfer to Canada were denied in part because of unpaid court-ordered restitution?

3. From October 1, 2000, through September 30, 2005, how many applications for transfer to Canada were denied solely because of unpaid court-ordered restitution?

4. From October 1, 2000, through September 30, 2005, how many applications for transfer to Canada were approved despite unpaid court-ordered restitution?

5. From October 1, 2000, through September 30, 2005, how many applications for transfer to Canada were approved without regard to unpaid court-ordered assessments or fines?

6. From October 1, 2000, through September 30, 2005, how many applications for transfer to countries other than Canada were approved without regard to unpaid court-ordered assessments or fines?

7. From October 1, 2000, through September 30, 2005, how many "hits" did the International Prisoner Transfer portion of Defendant's website (www.usdoj.gov) receive?

Responses are requested by October 26, 2005. Please provide the name(s) of any person(s) speaking for Defendant.

Respectfully submitted,

Dated:    _____
          Sylvia Royce
          DC Bar 924035
          5505 Connecticut Avenue, NW #340
          Washington, DC  20015
          Tel: (202) 362-3445
          Fax: (202) 686-4271
          sylvia_royce@hotmail.com
          Attorney for Plaintiff John Lee

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Interrogatories to Defendant this 11th day of October, 2005, by courier on:

    Assistant U.S. Attorney Charlotte A. Abel
    Civil Division – U.S. Attorney's Office
    555 Fourth Street, NW
    Washington, DC   20530

    _____
    Sylvia Royce
    DC Bar 924035
    5505 Connecticut Avenue, NW #340
    Washington, DC   20015
    Tel: (202) 362-3445
    Fax: (202) 686-4271
    sylvia_royce@hotmail.com
    Attorney for Plaintiff John Lee