Attachment #4

March 14, 2005

Ms. Paula A. Wolff, Chief
International Prisoner Transfer Unit
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530
and by facsimile to: 202-514-9003

Dear Ms. Wolff:

Reference is made to the attached letter regarding the application of John Lee.

Formerly, inmates were occasionally approved for transfer to Canada despite the existence of outstanding restitution, where the restitution had been reduced to a civil judgment and where the U.S. Attorney's Office did not oppose the transfer. Both of these elements were present in Mr. Lee's case (and he was in other respects a very strong candidate), yet he was denied a transfer.

Could you please advise whether you regard outstanding restitution to be an absolute bar to transfer? If so, lawyers who handle transfer cases need to be notified of this; it simply isn't right for a lawyer to agree to handle a case which has absolutely no chance of success. In addition, if outstanding restitution is an absolute bar to transfer, would you please change IPTU's portion of the Department's website? The website treats outstanding restitution exactly the same as fines and assessments – as one of a number of factors to be considered in the context of the entire record.

If in the course of examining this issue, you find that you need additional information about Mr. Lee in order to approve his application, please do not hesitate to contact me.

Sincerely,

Sylvia Royce