IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN LEE**, Reg. No. 72420-004
Allenwood LSCI, P.O. Box 1000
White Deer, PA   17887,

      Plaintiff,

      v.                                              Civil Action No. 05-1665 (RWR)

**U.S. DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue, NW
Washington, DC   20530,

      Defendant.

**(PROPOSED) ORDER**

Upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's opposition thereto, and Defendant's Motion for a Protective Order and Plaintiff's opposition thereto,

It appears to the Court that there remains a genuine issue of material fact, and it is hereby

ORDERED that Defendant's Motion for Summary Judgment shall be and the same hereby is denied, and it is further

ORDERED that discovery shall proceed forthwith, without prejudice to additional motions for summary judgment at the conclusion of discovery.

DATED: _____           _____
                                                                   Richard W. Roberts
                                                                   United States District Judge