UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN LEE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>  Defendant. )<br>_____) | Civ. Act. No.05-1665 (RWR) |

**CONSENT NOTICE**

The parties agree that defendant may have additional time until and including January 10, 2006, in which to reply to plaintiff's oppositions filed on December 19 and 20, 2005.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN D.C. Bar # 451058
United States Attorney


_____
CHARLOTTE A. ABEL D.C. BAR # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332