UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN LEE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1665 (RWR) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
|     Defendant. | ) |

**REPLY TO
OPPOSITION TO MOTION FOR PROTECTIVE ORDER**

    Plaintiff propounded interrogatories in this action pursuant to the Freedom of Information Act. Defendant moved for a protective order on the grounds that the information plaintiff seeks is not material to his FOIA case. Plaintiff contends that discovery is available in FOIA cases whenever plaintiff explains how the requested discovery will uncover information that would create a genuine issue of material fact. Opposition at 2. He argues that if discovery reveals what he anticipates, then he and the public will be entitled to further relief. Opposition at 3.

    The Court should grant defendant's motion for a protective order for the reasons stated in its motion and for the reasons stated in its reply to plaintiff opposition to motion for summary judgment, which is incorporated by reference and in which Defendant demonstrates that plaintiff's sole cause of action is pursuant to FOIA and that he is not entitled to any further relief. Furthermore, plaintiff's suggestion that he is somehow representing the interest of the public in his lawsuit is illusory. Plaintiff has no standing to sue on behalf of the public under FOIA. "FOIA plaintiffs do not sue on behalf of the public." *See Blazy v. Tenet*, 194 F.3d 90, 97 (D.C. Cir. 1999). Thus, plaintiff fails to

identify any genuine issue of material fact and he is not entitled to discovery.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

_____
R. CRAIG LAWRENCE
D.C. Bar No. 171538
Assistant U.S. Attorney

_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant U.S. Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
(202) 307-2332