IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN LEE**, Reg. No. 72420-004
Allenwood LSCI, P.O. Box 1000
White Deer, PA   17887,

       Plaintiff,

       v.                                                          Civil Action No. 05-1665 (RWR)

**U.S. DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue, NW
Washington, DC   20530,

       Defendant.

## REQUEST FOR ORAL ARGUMENT

Pending before the Court are Defendant's motions for summary judgment and for a protective order against interrogatories propounded on October 11, 2005, along with Plaintiff's oppositions thereto.

Plaintiff hereby requests that the Court schedule these motions for oral argument. Plaintiff has conferred with Assistant U.S. Attorney Charlotte A. Abel, who has stated that she does not oppose this request.

       Respectfully submitted,

Dated: March 31, 2006

       _____
       Sylvia Royce
       DC Bar 924035
       5505 Connecticut Avenue, NW #340
       Washington, DC   20015
       Tel: (202) 362-3445
       Fax: (202) 686-4271
       sylvia_royce@hotmail.com
       Attorney for Plaintiff John Lee