IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN LEE**, Reg. No. 72420-004
Allenwood LSCI, P.O. Box 1000
White Deer, PA   17887,

       Plaintiff,

       v.       Civil Action No. 05-1665 (RWR)

**U.S. DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue, NW
Washington, DC   20530,

       Defendant.

## **(PROPOSED) ORDER**

Upon consideration of Plaintiff's request for oral argument and Defendant's nonopposition thereto, it is hereby ordered that oral argument shall be scheduled on _____.

SO ORDERED.

DATED: _____          _____
                                                                Richard W. Roberts
                                                                United States District Judge