```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

_____
                              )
JOHN LEE,                     )
                              )
        Plaintiff,            )
                              )
        v.                    )     Civil Action No. 05-1665 (RWR)
                              )
UNITED STATES DEPARTMENT OF   )
JUSTICE,                      )
                              )
        Defendant.            )
_____)
```

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [8] be, and hereby is, GRANTED.  It is further

ORDERED that defendant's motion for a protective order [7] be, and hereby is, DENIED as moot.

This is a final, appealable Order.

SIGNED this 5th day of March, 2007.


                                        _____/s/_____
                                        RICHARD W. ROBERTS
                                        United States District Judge